# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APS TECHNOLOGY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> VERTEX DOWNHOLE, INC., <br> VERTEX DOWNHOLE, LTD., <br><br> *Defendants*. | CIVIL ACTION NO: 1:19-cv-01166-MN |

## STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and in light of the settlement between the parties, Plaintiff APS Technology, Inc. and Defendants Vertex Downhole, Inc. and Vertex Downhole, Ltd. hereby stipulate, subject to the Court's approval, that all claims in this action are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: October 15, 2020

OFFIT KURMAN, P.A.

*/s/ R Touhey Myer*
R Touhey Myer (DE Bar No. 5939)
222 Delaware Avenue, Suite 1150
Wilmington, DE 19801
Telephone: 302.351.0908
Facsimile: 302.351.0915
touhey.myer@offitkurman.com

*Attorney for Plaintiff APS Technology, Inc.*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ John V. Gorman*
John V. Gorman (DE Bar No. 6599)
Amy M. Dudash (DE Bar No. 5741)
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, Delaware 19801
Telephone: 302.574.3000
Facsimile: 302.574.3001
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Vertex Downhole, Inc. and Vertex Downhole, Ltd.*

Case 1:19-cv-01166-MN   Document 53   Filed 10/15/20   Page 2 of 2 PageID #: 473

2

SO ORDERED this ___ day of _____, 2020.

                                                  _____
                                                The Honorable Maryellen Noreika
                                                United States District Judge

2